JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY LOUIS HACKNEY, an individual doing business as "C & T ELECTRICAL AND COMMUNICATIONS,"<br><br>Defendant. | Case No.: 2:20-CV-09312-CAS-GJSx<br><br>[~~PROPOSED~~] JUDGMENT |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA

Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Administrative Maintenance Fund, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant, Anthony Louis Hackney, an individual doing business as "C & T Electrical and Communications," the principal amount of $19,874.09, plus post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: April 19, 2021

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE